**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ZERUDRICK GUY**                                                    **PETITIONER**


**V.**                           **NO: 4:18CV00806 SWW/PSH**


**WENDY KELLEY, Director,
Arkansas Department of Correction**                                **RESPONDENT**

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge Susan Webber Wright.  You may file written objections to all or part of this Recommendation.  If you do so, those objections must:  (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation.  By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Petitioner Zerudrick Guy ("Guy"), an inmate in the custody of the Arkansas Department of Correction ("ADC"),  filed a *pro se* petition for writ of habeas corpus on October 23, 2018.  Docket entry no. 1.  Guy did not file an application for permission to proceed *in forma pauperis*, nor did he submit a filing fee.  As a result, on November 27, 2018, the Court directed Guy to either submit the filing fee or a complete *in forma pauperis* application.  Guy was directed to comply with the Court's order no later than 30 days after the entry of the Order.  He was also notified of his responsibility

1

to comply with Local Rule 5.5, requiring him to prosecute his case diligently and respond to communication from the Court. Guy was specifically informed that failure to comply with the Court's November 27 Order would result in the recommended dismissal of the case without prejudice.

More than 30 days have passed, and Guy has not responded. Under these circumstances, the Court concludes that Guy's petition should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

Therefore, the Court recommends that Guy's petition for writ of habeas corpus be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's order.

IT IS SO ORDERED this 9th day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE