# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | | |
|---|---|---|
| ZERUDRICK GUY, | * | |
| Petitioner, | * | |
| v. | * | No. 4:18-cv-00806-SWW |
| WENDY KELLEY, Arkansas Department of Correction, | * | |
| Respondent. | * | |

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 30th day of January, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE